## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**IN RE:**

**IRIS MICHELLE THOMPSON-EL**　　　　　　　**CASE NO. 22-01238-KMS**
　**Debtor.**　　　　　　　　　　　　　　　　　**CHAPTER 13**

### DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter is before the Court on the Motion of Consumer Portfolio Services, Inc., for relief from the automatic stay of 11 U.S.C. §362 (Dkt. #    ). Movant represented to the Court that it served the Motion in accordance with all applicable rules.  No timely response was filed. Accordingly, the Motion is granted.

IT IS THEREFORE ORDERED and ADJUDGED that Movant is granted relief from the automatic stay of 11 U.S.C. §362 as to the following property and the property is abandoned from estate of the Debtor: 2017 FORD FUSION, VIN 3FA6P0HD2HR244666.  Creditor may file an amended proof of claim after liquidation of the collateral and that claim may be allowed as an unsecured deficiency claim.

##END OF ORDER##

PREPARED AND SUBMITTED

/s/ Kent D. McPhail
Kent D. McPhail MS Bar 2800
McPhail Sanchez, LLC
126 Government St (36602)
P O Box 870
Mobile AL 36601
(251) 438-2333
kent@mslawyers.law