**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    **IRIS MICHELLE THOMPSON-EL,**          **CASE NO. 22-01238-KMS**

    *Debtor.*         **CHAPTER 13**

**To:** Kent McPhail, Esq.
McPhail Sanchez, LLC
bankruptcynotices@mslawyers.law

### Notice to File Corporate Ownership Statement

On July 9, 2025 you filed a Motion for Relief from Stay (Dkt. #55) on behalf of Consumer Portfolio Services, Inc. (the "Movant") in the above-referenced case. Pursuant to Miss. Bankr. L.R. 9014-1(c)(1) any corporation (including a general partnership, limited partnership, joint venture, or limited liability company), other than a governmental unit, that is a party to a contested matter shall file a Corporate Ownership Statement containing the information described in Fed. R. Bankr. Rule 7007.1.[1]

**Therefore,** on or before **July 11, 2025** the Movant must file the required Statement[2]. Failure to file a Corporate Ownership Statement may result in a hearing to show cause why sanctions should not be imposed for failure to comply with Miss. Bankr. L.R. 9014-1(c)(1).

Dated: July 9, 2025

Danny L. Miller, Clerk of Court
Thad Cochran U. S. Courthouse
501 E Court St Ste 2.300
Jackson, MS 39201
601-608-4600

---

[1] Rule 7007.1 requires that the statement identify any parent corporation and any publicly held corporation that owns 10% or more of stock or states that there is no such corporation.
[2] Corporate Ownership Statement (Local Form MSSB-7007.1-Bk) is available on the court's website www.mssb.uscourts.gov.

(Rev. 12/05/2023)