MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: Iris Michelle Thompson-EL                                          Case No.: 22-01238-KMS

_____
*Debtor(s)*                                                               Chapter: 7

**Corporate Ownership Statement**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
**Consumer Portfolio Services, Inc.**_____, a
[Name of Corporate Party]

**[Check One]**

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

[ ]

**OR**

☑ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 07/ 09/2025                    /s/ Kent D. McPhail
                                     Attorney Signature

                                     Kent D. McPhail                    2800
                                     Attorney Name                      State Bar Number

                                     P O Box 870
                                     Address

                                     Mobile  AL 36601
                                     City, State, and Zip Code

                                     251-438-2333        kent@mslawyers.law
                                     Telephone Number    Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**