

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine Samson**
**United States Bankruptcy Judge**
Date Signed: August 11, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

IRIS MICHELLE THOMPSON-EL                    CASE NO. 22-01238 KMS

DEBTOR .                                                                CHAPTER 13

## ORDER RESETTING HEARING

This matter came on this date on the Motion for Relief from the Automatic Stay filed by Consumer Portfolio Services, Inc. (the "Motion") (Dkt. #55) and the Court having considered the facts herein, finds that the hearing on August 14, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for September 11, 2025, at 10:30 a.m., in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841