**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Iris Michelle Thompson-El, Debtor          Case No. 22-01238-KMS
                                                                                          CHAPTER 13

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: August 28, 2025          Signature:  /s/ Thomas C. Rollins, Jr.
                                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                                             The Rollins Law Firm, PLLC
                                                             P.O. Box 13767
                                                             Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Iris Michelle Thompson-El, Debtor**            **Case No. 22-01238-KMS**
                                                                                    **CHAPTER 13**

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on June 29, 2022, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Debtor has been making plan payments for thirty-six (36) months.

3. The Debtor has already paid into the Plan an amount sufficient to satisfy both the liquidation value of the estate and all disposable income that was available during the applicable commitment period.

4. The Debtor currently has no disposable income available to continue making plan payments and has applied for disability.

5. The percentage dividend to unsecured creditors should be adjusted to reflect the amount already paid into the Plan, which satisfies the requirements of 11 U.S.C. §§1322(a)(4), 1325(a)(4), and 1325(b).

WHEREFORE, the Debtor respectfully prays that this Court enter an Order modifying the Debtor's Chapter 13 Plan to conclude the plan at this time, adjusting the distribution to unsecured creditors accordingly, and for such other and further relief as this Court deems just and proper

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on August 28, 2025, to:

By Electronic CM/ECF Notice:

Chapter 13 case trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

IRIS MICHELLE THOMPSON EL

CASE NO: 22-01238-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 8/28/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/28/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

1

2

3

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

4

5

| | |
|---|---|
| IN RE: | CASE NO: 22-01238-KMS |
| IRIS MICHELLE THOMPSON EL | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

6

7

8

9

10

11   On 8/28/2025, a copy of the following documents, described below,

Notice and Motion to Modify Plan

12

13

14

15

16

17

18

19   were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

20

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

21

22   DATED: 8/28/2025

23

24

25   Miles Wood

26   BK Attorney Services, LLC
d/b/a certificateofservice.com, for

27   Thomas C. Rollins, Jr.
The Rollins Law Firm

28   702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-01238-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
WED AUG 27 14-53-7 PST 2025

AF TITLE CO DBA AMERICAN FINANCIAL
6400 WINCHESTER RD
MEMPHIS   TN 38115-8117

~~EXCLUDE~~
~~(U)CONSUMER PORTFOLIO SERVICES INC~~
~~KENT D MCPHAIL~~

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON   MS 39201-5036~~

AARONS
1640 MS39
MERIDIAN   MS 39301

ADVANCE AMERICA
935 FRONTAGE RD
MERIDIAN   MS 39301

AMERICAN FINANCIAL
6400 WINCHESTER RD
MEMPHIS   TN 38115-8117

BOWERS AUTO FINANCE
409 FRONT STREET EXT
MERIDIAN   MS 39301-4502

COMCAST
PO BOX 1931
BURLINGAME   CA 94011-1931

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY   UT 84131-0293

CAPITAL ONE BANK (USA)   NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY   OK 73118-7901

CHECK INTO CASH
PO BOX 535
DUBLIN   OH 43017-0535

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS   NV 89193-8873

CWSCW NEXUS
PO BOX 9201
OLD BETHPAGE   NY 11804-9001

DIRECTTV
PO BOX  5007
CAROL STREAM   IL 60197-5007

DIRECTV   LLC
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY   OK 73118-7901

(P)FAMILY CHOICE FINANCIAL
3208 SERVICE DRIVE
SUITE E
PEARL MS 39208-3539

FIRST ACCESS VISA
5109 S BROADBAND LANE
SIOUX FALLS   SD 57108-2208

FIRST HERITAGE CREDIT OF MISSISSIPPI
LLC
DBA 1ST HERITAGE CREDIT
FIRST HERITAGE CREDIT
2440 NORTH HILLS ST STE 101
MERIDIAN   MS 39305-2653

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS   SD 57107-0145

LVNV FUNDING   LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE   SC 29603-0587

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE   SC 29603-0368

MS TITLE LOAN
1806 N FRONTAGE RD
MERIDIAN   MS 39301-6155

MERRICK BANK
PO BOX 9201
OLD BETHPAGE   NY 11804-9001

MISSISSIPPI TITLE LOANS   INC
CO LEGAL DEPT
8601 DUNWOODY PLACE   STE 406
ATLANTA   GA 30350-2550

OPPURTUNITY FINANCIAL
130 E RANDOLPH ST
CHICAGO   IL 60601-6207

PREMIER BANKCARD  LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


REPUBLIC
PO BOX 785
MERIDIAN  MS 39302-0785

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

RESURGENT CAPITAL SERV
15 SOUTH MAIN ST
STE 600
GREENVILLE  SC 29601-2768


SPEEDY CASH
3611 N RIDGE RD
WICHITA  KS 67205-1214

SPEEDYRAPID CASH
PO BOX 782260
WICHITA  KS 67278-2260

(P)TRUSTMARK NATIONAL BANK
P O BOX 1928
BRANDON MS 39043-1928


EXCLUDE
~~(D)(P)TRUSTMARK NATIONAL BANK~~
~~P O BOX 1928~~
~~BRANDON MS 39043-1928~~

UNITED CASH ADVANCE
2410 HWY 39 N
STE C
MERIDIAN  MS 39301-2603

EXCLUDE
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~


DEBTOR

XFINITYCOMCAST
600 GALLERIA PKWY SE
ATLANTA  GA 30339-5994

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

IRIS MICHELLE THOMPSONEL
101 WEDGEWOOD DRIVE
FAIRFIELD  AL 35064-2439


JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

EXCLUDE
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~