## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Iris Michelle Thompson-El, Debtor              Case No. 22-01238-KMS
                                                         CHAPTER 13

## ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK #___), the Court, having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. The Debtor's Chapter 13 Plan is deemed complete as of the date of this Order. The Chapter 13 Trustee is directed to adjust the distribution to unsecured creditors to reflect the amounts already paid into the Plan. Upon completion of the Trustee's final report and accounting, the Debtor shall be entitled to entry of a discharge pursuant to 11 U.S.C. §1328(a), provided all other requirements have been met. This Order binds those creditors and parties in interest that have been properly served.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR