# Proceeding Minutes / Proceeding Memo

**Case #:** 22-01238     **Case Name:** Iris Michelle Thompson-EL

**Set:** 09/11/2025 10:30 am    **Chapter:** 13    **Type:** bk    **Judge:** Katharine M. Samson

**matter** Motion for Relief from Stay as to 2017 Ford Fusion. . Filed by Creditor Consumer Portfolio Services Inc. (Attachments: # 1 Exhibit # 2 Proposed Order)  (Dkt. #55)

Response filed by the Debtor (Dkt. #64)

---

Minute Entry Re: (related document(s): [55] Motion for Relief From Stay filed by Consumer Portfolio Services Inc.) Agreed Order to be submissted by McPhail. Order due by 09/25/2025. Called in by McPhail's office. (kaw)