_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 19, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| IRIS MICHELLE THOMPSON-EL | * | CASE NO.: 22-01238-KMS |
|     Debtor. | * | CHAPTER 13 |

AGREED ORDER ON MOTION FOR RELIEF FROM STAY, DOC NO. 55 AND DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY, DOC NO. 64

This matter having come before the Court on Creditor's, Consumer Portfolio Services, Inc., Motion for Relief from Stay, Doc No. 55, and Debtor's Response to Motion for Relief from Stay, Doc No. 64, regarding personal property described as 2017 Ford Fusion, VIN 3FA6P0HD2HR244666, and the parties having reached an agreement prior to the hearing on September 11, 2025, based on the agreement of the parties, the Motion for Relief from Stay is CONDITIONALLY DENIED, based on the following terms and conditions:

The Debtor is due for arrears in the amount of $927.25 (6/30/25 at $236.35, 7/30/25-8/30/25 at $345.45 each) plus attorney fee and costs of $549.00 for a total of $1,476.25. Debtor is to cure the arrears, fees and costs over a 6 month period beginning with the September 30, 2025, by paying $246.04 per month for five months and a final payment of $246.05 in addition to the regular monthly payment of $345.45 for a total monthly payment of $591.49.

Beginning September 30, 2025, if the Debtor fails to make the regular monthly payment or the additional monthly payment as referenced above direct to Creditor when it is due, Creditor shall file a (15) day Notice of Default with the court by CM/ECF and mail a copy to the Debtor. If the default is not cured within fifteen (15) days from the date the notice is issued, then the Creditor may file a Notice of Termination with the Court and mail a copy to the Debtor. Upon filing the Notice of Termination of Stay, the stay shall lift without further Order from the Court.

##END OF ORDER##

CONSENTED TO BY:

/s/ Kent D. McPhail
Kent D. McPhail
Mississippi Bar No. 2800
Attorney for Creditor
P O Box 870
Mobile AL 36601
(251) 438-2333
kent@mslawyers.law

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr.
Mississippi Bar No. 103469
The Rollins Law Firm
P O Box 13767
Jackson MS 39236
(601) 500-5533
trollins@therollinsfirm.com

/s/   Samuel J. Duncan, Atty for
David Rawlings
Chapter 13 Trustee
P O Box 566
Hattiesburg MS 39403
(601) 582-5011
ecfnotices@rawlings13.net

Order submitted by Kent D. McPhail, P O Box 870 Mobile AL 36601 (251) 438-2333