United States Bankruptcy Court
Southern District of Mississippi

In re:                                                        Case No. 22-01238-KMS
Iris Michelle Thompson-EL                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                    User: mssbad                           Page 1 of 2
Date Rcvd: Sep 19, 2025                 Form ID: pdf012                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**          **Definition**
+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

**Recip ID**              **Recipient Name and Address**
db                    +   Iris Michelle Thompson-EL, 101 Wedgewood Drive, Fairfield, AL 35064-2439

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2025                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:**

**Name**                    **Email Address**

Brittan W Robinson
                            on behalf of Creditor AF Title Co. dba American Financial brobinson@stonehiggsdrexler.com  bwilliams@stonehiggsdrexler.com

David Rawlings
                            ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings
                            on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Jennifer A Curry Calvillo
                            on behalf of Debtor Iris Michelle Thompson-EL jennifer@therollinsfirm.com
                            jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Kent D. McPhail
                            on behalf of Creditor Consumer Portfolio Services Inc. bankruptcynotices@mslawyers.law
                            KentMcPhailAssociatesLLC@jubileebk.net

District/off: 0538-3                     User: mssbad                                Page 2 of 2
Date Rcvd: Sep 19, 2025                  Form ID: pdf012                             Total Noticed: 1

Thomas Carl Rollins, Jr
                       on behalf of Debtor Iris Michelle Thompson-EL trollins@therollinsfirm.com
                       jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                       nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                       USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 19, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| IRIS MICHELLE THOMPSON-EL | * | CASE NO.: 22-01238-KMS |
| Debtor. | * | CHAPTER 13 |

<u>AGREED ORDER ON MOTION FOR RELIEF FROM STAY, DOC NO. 55 AND DEBTOR'S
RESPONSE TO MOTION FOR RELIEF FROM STAY, DOC NO. 64</u>

This matter having come before the Court on Creditor's, Consumer Portfolio Services, Inc.,
Motion for Relief from Stay, Doc No. 55, and Debtor's Response to Motion for Relief from Stay,
Doc No. 64, regarding personal property described as 2017 Ford Fusion, VIN
3FA6P0HD2HR244666, and the parties having reached an agreement prior to the hearing on
September 11, 2025, based on the agreement of the parties, the Motion for Relief from Stay is
CONDITIONALLY DENIED, based on the following terms and conditions:

The Debtor is due for arrears in the amount of $927.25 (6/30/25 at $236.35, 7/30/25-8/30/25
at $345.45 each) plus attorney fee and costs of $549.00 for a total of $1,476.25. Debtor is to cure the
arrears, fees and costs over a 6 month period beginning with the September 30, 2025, by paying
$246.04 per month for five months and a final payment of $246.05 in addition to the regular monthly
payment of $345.45 for a total monthly payment of $591.49.

Beginning September 30, 2025, if the Debtor fails to make the regular monthly payment or the additional monthly payment as referenced above direct to Creditor when it is due, Creditor shall file a (15) day Notice of Default with the court by CM/ECF and mail a copy to the Debtor.  If the default is not cured within fifteen (15) days from the date the notice is issued, then the Creditor may file a Notice of Termination with the Court and mail a copy to the Debtor.  Upon filing the Notice of Termination of Stay, the stay shall lift without further Order from the Court.

##END OF ORDER##

CONSENTED TO BY:

/s/ Kent D. McPhail
Kent D. McPhail
Mississippi Bar No. 2800
Attorney for Creditor
P O Box 870
Mobile AL 36601
(251) 438-2333
kent@mslawyers.law

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr.
Mississippi Bar No. 103469
The Rollins Law Firm
P O Box 13767
Jackson MS 39236
(601) 500-5533
trollins@therollinsfirm.com

/s/   Samuel J. Duncan, Atty for
David Rawlings
Chapter 13 Trustee
P O Box 566
Hattiesburg MS 39403
(601) 582-5011
ecfnotices@rawlings13.net

Order submitted by Kent D. McPhail, P O Box 870 Mobile AL 36601 (251) 438-2333