### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**IN RE:**

**IRIS MICHELLE THOMPSON-EL**　　　　　　　**CASE NO. 22-01238-KMS**
　　**Debtor.**　　　　　　　　　　　　　　　　　　**CHAPTER 13**

### NOTICE OF DEFAULT

**COMES NOW**, Consumer Portfolio Services, Inc. ("Creditor"), by and through undersigned counsel, and files this, its Notice of Default, and in support thereof would state as follows:

1.　　On September 19, 2025, this Honorable Court entered its Agreed Order on Motion for Relief from Stay, Doc No. 55 and Debtor's Response to Motion for Relief from Stay, Doc. No. 64 ("Order"). [Doc. No. 69]

2.　　The Order directed the Debtor to cure arrears and attorney fees and costs by remitting five (5) consecutive monthly payments of $246.04 beginning September 30, 2025 and one final payment of $246.05 ("Arrears Payments"). The six consecutive monthly Arrears Payments were to be made together with the regular monthly payment of $345.45 ("Regular Monthly Payment") for a total monthly payment of $591.49 ("Total Monthly Payment").

3.　　The Order provided that, "Beginning September 30, 2025, if the Debtor fails to make the regular monthly payment or the additional monthly payment as referenced above direct to Creditor when it is due, Creditor shall file a (15) day Notice of Default with the court by CM/ECF and mail a copy to the Debtor."

4.      As of October 6, 2025, the Debtor is delinquent for the direct payments as follows:

| | |
|---|---|
| Arrears Payment due for 09/30/2025: | $246.04 |
| Regular Monthly Payment for 09/30/2025: | $345.45 |
| Total Default: | $591.49 |

5.      Pursuant to the Order, the Debtor must cure this default within fifteen (15) days from the date of this Notice of Default. If the Debtor fails to do so, the Creditor may file a Notice of Termination with the Court and the stay shall lift without further Order from the Court.

Respectfully submitted this, the __6th__ day of October, 2025.

/s/ Kent D. McPhail
Kent D. McPhail, MS Bar No. 2800
Attorney for Creditor
P.O. Box 870
Mobile, Alabama 36601
Phone (251) 438-2333
Fax (251) 438-2367
kent@mslawyers.law

## CERTIFICATE OF SERVICE

I, Kent D. McPhail, do hereby certify that I have this the  6th  day of October, 2025 served a copy of the above and foregoing, Notice of Default, to the parties listed below by the service method indicated:

**U.S. MAIL, FIRST CLASS POSTAGE PREPAID**
*Debtor*
Iris Michelle Thompson-EL
101 Wedgewood Drive
Fairfield, Alabama 35064

**ECF FILING NOTIFICATION**
*Debtor's Attorney*
Jennifer A. Curry Calvillo
702 W. Pine St
Hattiesburg MS 39401
**jennifer@therollinsfirm.com**

**ECF FILING NOTIFICATION**
*Debtor's Attorney*
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, Mississippi 39326
trollins@therollinsfirm.com

**ECF FILING NOTIFICATION**
*Chapter 13 Trustee*
David Rawlings
P.O. Box 566
Hattiesburg, Mississippi 39403
ecfnotices@rawlings13.net

**ECF FILING NOTIFICATION**
*United States Trustee*
501 East Court Street, Suite 6-430
Jackson, Mississippi 39201
Ustpregion05.ab.ecf@usdoj.gov

                                                /s/ Kent D. McPhail
                                                Kent D. McPhail