**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**IN RE:**

| | |
|---|---|
| **IRIS MICHELLE THOMPSON-EL** | **CASE NO. 22-01238-KMS** |
| **Debtor.** | **CHAPTER 13** |

### NOTICE OF TERMINATION OF AUTOMATIC STAY

**COMES NOW**, Consumer Portfolio Services, Inc. ("Creditor"), and files this its Notice of Termination of Automatic Stay and in support thereof would state that an Order Conditionally Denying the Motion for Relief from Automatic Stay was entered on September 19, 2025, with a fifteen (15) day automatic termination provision. A fifteen (15) day Notice of Default was filed with the Court and mailed to the Debtor on October 6, 2025. The Debtor has failed to bring the delinquency current within fifteen (15) days of the notice.

**WHEREFORE**, Consumer Portfolio Services, Inc., deems the automatic stay terminated this 24th day of October, 2025.

Respectfully submitted,

/s/ Kent D. McPhail
Kent D. McPhail, MS Bar No. 2800
Attorney for Creditor
P.O. Box 870
Mobile, Alabama 36601
Phone (251) 438-2333
Fax (251) 438-2367
kent@mslawyers.law

## **CERTIFICATE OF SERVICE**

I, Kent D. McPhail, do hereby certify that I have this the  24th  day of October, 2025 served a copy of the above and foregoing, Notice of Termination of Automatic Stay, to the parties listed below by the service method indicated:

**U.S. MAIL, FIRST CLASS POSTAGE PREPAID**
*Debtor*
Iris Michelle Thompson-EL
101 Wedgewood Drive
Fairfield, Alabama 35064

**ECF FILING NOTIFICATION**
*Debtor's Attorney*
Jennifer A. Curry Calvillo
702 W. Pine St
Hattiesburg MS 39401
jennifer@therollinsfirm.com

**ECF FILING NOTIFICATION**
*Debtor's Attorney*
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, Mississippi 39326
trollins@therollinsfirm.com

**ECF FILING NOTIFICATION**
*Chapter 13 Trustee*
David Rawlings
P.O. Box 566
Hattiesburg, Mississippi 39403
ecfnotices@rawlings13.net

**ECF FILING NOTIFICATION**
*United States Trustee*
501 East Court Street, Suite 6-430
Jackson, Mississippi 39201
Ustpregion05.ab.ecf@usdoj.gov

/s/ Kent D. McPhail
Kent D. McPhail