**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Iris Michelle Thompson-El, Debtor          Case No. 22-01238-KMS
                                                     Chapter 13

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

  G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

  H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  /s Iris Michelle Thompson-El_____11-18-2025\_\_\_
         Iris Michelle Thompson-El                                                                   Date


      /s/ Thomas C. Rollins, Jr._____11-18-2025\_\_\_
      Thomas C. Rollins, Jr., MS Bar No. 103469                   Date
      Attorney for the Debtor
      The Rollins Law Firm, PLLC
      P.O. Box 13767
      Jackson, MS 39236
      601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

     On November 19, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                      /s/ Thomas C. Rollins, Jr._____
                                                          Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 22-01238 |
|---|---|
| IRIS MICHELLE THOMPSON EL | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 11/19/2025, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/19/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>IRIS MICHELLE THOMPSON EL | CASE NO: 22-01238<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 11/19/2025, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/19/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE  22-01238
SOUTHERN DISTRICT OF MISSISSIPPI
WED NOV 19 8-44-38 PST 2025

AF TITLE CO DBA AMERICAN FINANCIAL
6400 WINCHESTER RD
MEMPHIS  TN 38115-8117

~~EXCLUDE~~

~~(U)CONSUMER PORTFOLIO SERVICES INC~~
~~KENT D MCPHAIL~~

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON  MS 39201-5036~~

AARONS
1640 MS39
MERIDIAN  MS 39301

ADVANCE AMERICA
935 FRONTAGE RD
MERIDIAN  MS 39301

AMERICAN FINANCIAL
6400 WINCHESTER RD
MEMPHIS  TN 38115-8117

BOWERS AUTO FINANCE
409 FRONT STREET EXT
MERIDIAN  MS 39301-4502

COMCAST
PO BOX 1931
BURLINGAME  CA 94011-1931

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CAPITAL ONE BANK (USA)  NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CHECK INTO CASH
PO BOX 535
DUBLIN  OH 43017-0535

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS  NV 89193-8873

CWSCW NEXUS
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

DIRECTTV
PO BOX  5007
CAROL STREAM  IL 60197-5007

DIRECTV  LLC
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

(P)FAMILY CHOICE FINANCIAL
3208 SERVICE DRIVE
SUITE E
PEARL MS 39208-3539

FIRST ACCESS VISA
5109 S BROADBAND LANE
SIOUX FALLS  SD 57108-2208

FIRST HERITAGE CREDIT OF MISSISSIPPI  LLC
DBA 1ST HERITAGE CREDIT
FIRST HERITAGE CREDIT
2440 NORTH HILLS ST STE 101
MERIDIAN  MS 39305-2653

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

MS TITLE LOAN
1806 N FRONTAGE RD
MERIDIAN  MS 39301-6155

MERRICK BANK
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

MISSISSIPPI TITLE LOANS  INC
CO LEGAL DEPT
8601 DUNWOODY PLACE  STE 406
ATLANTA  GA 30350-2550

OPPURTUNITY FINANCIAL
130 E RANDOLPH ST
CHICAGO  IL 60601-6207

PREMIER BANKCARD  LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

```
REPUBLIC                              (P)REPUBLIC FINANCE LLC              RESURGENT CAPITAL SERV
PO BOX 785                            282 TOWER RD                         15 SOUTH MAIN ST
MERIDIAN   MS 39302-0785              PONCHATOULA LA 70454-8318            STE 600
                                                                           GREENVILLE  SC 29601-2768



SPEEDY CASH                           SPEEDYRAPID CASH                     (P)TRUSTMARK NATIONAL BANK
3611 N RIDGE RD                       PO BOX 782260                        P O BOX 291
WICHITA   KS 67205-1214               WICHITA   KS 67278-2260              JACKSON MS 39205-0291



EXCLUDE                                                                    EXCLUDE

(D)(P)TRUSTMARK NATIONAL BANK         UNITED CASH ADVANCE                  UNITED STATES TRUSTEE
P O BOX 291                           2410 HWY 39 N                        501 EAST COURT STREET
JACKSON MS 39205-0291                 STE C                                SUITE 6-430
                                      MERIDIAN   MS 39301-2603             JACKSON   MS 39201-5022


                                      EXCLUDE                              DEBTOR

XFINITYCOMCAST                        (P)DAVID RAWLINGS                    IRIS MICHELLE THOMPSONEL
600 GALLERIA PKWY SE                  ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE   101 WEDGEWOOD DRIVE
ATLANTA   GA 30339-5994               PO BOX 566                           FAIRFIELD  AL 35064-2439
                                      HATTIESBURG MS 39403-0566



                                      EXCLUDE

JENNIFER A CURRY CALVILLO             THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM                  THE ROLLINS LAW FIRM  PLLC
702 W PINE ST                         PO BOX 13767
HATTIESBURG   MS 39401-3836           JACKSON   MS 39236-3767
```