United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 22-01238-KMS
Iris Michelle Thompson-EL Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Dec 16, 2025      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Iris Michelle Thompson-EL, 101 Wedgewood Drive, Fairfield, AL 35064-2439 |
| cr | + | AF Title Co. dba American Financial, 6400 Winchester Rd, Memphis, TN 38115-8117 |
| 5118992 | | Aarons, 1640 MS-39, Meridian, MS 39301 |
| 5118993 | | Advance America, 935 Frontage Rd, Meridian, MS 39301 |
| 5118995 | + | Bower's Auto Finance, 409 Front Street Ext., Meridian, MS 39301-4502 |
| 5138717 | + | Check Into Cash, PO Box 535, Dublin, OH 43017-0535 |
| 5119001 | + | First Access Visa, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 5119004 | + | MS Title Loan, 1806 N Frontage Rd, Meridian, MS 39301-6155 |
| 5119006 | + | Republic, P.O. Box 785, Meridian, MS 39302-0785 |
| 5119010 | + | United Cash Advance, 2410 Hwy 39 N, Ste C, Meridian, MS 39301-2603 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5118994 | + | EDI: AGFINANCE.COM | Dec 17 2025 00:32:00 | American Financial, 6400 Winchester Rd, Memphis, TN 38115-8117 |
| 5137297 | + | EDI: COMCASTCBLCENT | Dec 17 2025 00:32:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5118996 | + | EDI: CAPITALONE.COM | Dec 17 2025 00:32:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5124108 | + | EDI: AIS.COM | Dec 17 2025 00:32:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5118997 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 16 2025 19:46:13 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5118998 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 16 2025 19:46:12 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5118999 | + | EDI: DIRECTV.COM | Dec 17 2025 00:32:00 | DirectTV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 5125105 | + | EDI: AIS.COM | Dec 17 2025 00:32:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5119000 | | Email/Text: rrush@familychoicefinancial.com | Dec 16 2025 19:32:00 | Family Choice Financial, Inc., 4808 Great River Dr Ste D, Meridian, MS 39305 |
| 5119506 | + | Email/Text: bankruptcy@curo.com | Dec 16 2025 19:32:00 | First Heritage Credit of Mississippi, LLC, d/b/a 1st Heritage Credit, First Heritage Credit, 2440 North Hills St Ste 101, Meridian, MS 39305-2653 |
| 5119002 | + | EDI: AMINFOFP.COM | Dec 17 2025 00:32:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5121384 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2025 19:46:10 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2025 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5125278 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 16 2025 19:46:10 | MERRICK BANK, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5119003 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 16 2025 19:46:10 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5138448 | + | Email/Text: bankruptcy_department@clacorp.com | Dec 16 2025 19:32:00 | Mississippi Title Loans, Inc., c/o Legal Dept, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350-2550 |
| 5119005 | + | Email/Text: opportunitynotices@gmail.com | Dec 16 2025 19:32:00 | Oppurtunity Financial, 130 E Randolph St, Chicago, IL 60601-6207 |
| 5127394 | + | EDI: JEFFERSONCAP.COM | Dec 17 2025 00:32:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5135539 | | Email/Text: bankruptcy@republicfinance.com | Dec 16 2025 19:32:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 5119007 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2025 19:46:18 | Resurgent Capital Serv, 15 South Main St, Ste 600, Greenville, SC 29601-2768 |
| 5119008 | + | Email/Text: bkinfo@ccfi.com | Dec 16 2025 19:32:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5140247 | + | Email/Text: bkinfo@ccfi.com | Dec 16 2025 19:32:00 | Speedy/Rapid Cash, PO Box 782260, Wichita, KS 67278-2260 |
| 5119009 | | Email/Text: bankruptcynotices@trustmark.com | Dec 16 2025 19:32:00 | Trustmark, PO Box 23072, Jackson, MS 39225-3072 |
| 5120333 | | Email/Text: bankruptcynotices@trustmark.com | Dec 16 2025 19:32:00 | Trustmark National Bank, P.O. Box 291, Jackson, MS 39205 |
| 5119011 | + | EDI: COMCASTCBLCENT | Dec 17 2025 00:32:00 | Xfinity/Comcast, 600 Galleria Pkwy SE, Atlanta, GA 30339-5994 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Consumer Portfolio Services Inc., Kent D. McPhail |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2025          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2025 | Form ID: 3180W | Total Noticed: 34 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brittan W Robinson | on behalf of Creditor AF Title Co. dba American Financial brobinson@stonehiggsdrexler.com bwilliams@stonehiggsdrexler.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Iris Michelle Thompson-EL jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Kent D. McPhail | on behalf of Creditor Consumer Portfolio Services Inc. bankruptcynotices@mslawyers.law KentMcPhailAssociatesLLC@jubileebk.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Iris Michelle Thompson-EL trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

| *Information to identify the case:* | |
|---|---|
| Debtor 1  **Iris Michelle Thompson–EL** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–3235** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | |
| Case number:  **22–01238–KMS** | |

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Iris Michelle Thompson–EL**

Dated: 12/16/25     **By the court:**     /s/Katharine M. Samson
                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W              **Chapter 13 Discharge**              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**